■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EBONY GORDON, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered March 15, 2006. The judgment convicted defendant, upon her plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. HOYTE, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Monroe County Court (Stephen K. Lindley, A.J.), rendered February 22, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO M. SANTOS, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Monroe County Court (Stephen K. Lindley, A.J.), rendered June 7, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.